IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NANCY LAMANTIA ) | Case No: 07-22475 |
| ) | Chapter 7 |
| ) | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above-mentioned case.

2. On the 23rd day of December, 2010, Trustee issued check number 105 in the amount of $315.16 to Triad Financial Corp. Said check has not been executed.

3. The last known address of the person/entity entitled to said check is: Triad Financial Corp., 5201 Rufe Snow Drive, Ste. 400, North Richland Hills, TX 761804.

Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

Dated: August 23, 2011

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376